211 So.2d 329

**Harry G. SUTTON, Sr.**

**v.**

**TRAVELERS INDEMNITY COMPANY et al.**

**No. 49310.**

June 21, 1968.

In re: Mrs. Maude Bamburg Sutton, a substituted party plaintiff for the deceased Harry G. Sutton applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 210 So. 2d 186.